1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8            FOR THE DISTRICT OF WASHINGTON
9
10 | UNITED STATES OF AMERICA | No. CR-13-008-WFN-11
11 | Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO PERMIT TRAVEL TO MONTANA
12 | vs. |
13 |   |
14 | BRANDON LEIGH CHAVEZ, | ☒   MOTION GRANTED
15 | Defendant. | **(ECF No. 1181)**
16

17  Before the Court is Defendant's Motion to Permit Travel, while on pretrial
18 release, to Montana from July 20, 2013, through July 25, 2013.  The Court has
19 reviewed the Motion.  The United States has no objection; the U.S. Pretrial
20 Services Officer has no objection.  Accordingly,
21  The Defendant's Motion to Permit Travel while on pretrial release, **ECF No.**
22 **1181,** is **GRANTED.**
23  Defendant is permitted to travel to Montana commencing **7:00 a.m. on July**
24 **20, 2013**.  Defendant shall return to the Eastern District of Washington no later
25 than **7:00 p.m. on July 25, 2013**.  All other terms and conditions of pretrial release
26 shall remain in effect.
27  Defendant is reminded he may not use alcohol or unlawful controlled
28 substances.  He shall timely provide contact information to his supervising Pretrial

ORDER DENYING THE UNITED STATES MOTION FOR DETENTION - 1

1  Services Officer prior to leaving.
2  **IT IS SO ORDERED.**
3  DATED July 12, 2013.

5  S/ CYNTHIA IMBROGNO
   UNITED STATES MAGISTRATE JUDGE

ORDER DENYING THE UNITED STATES MOTION FOR DETENTION - 2