UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON LEIGH CHAVEZ,<br><br>Defendant. | No. CR-13-008-WFN-11<br><br>ORDER GRANTING UNOPPOSED MOTION TO PERMIT TRAVEL TO MONTANA<br><br>☒  MOTION GRANTED<br>    **(ECF No. 1181)** |

Before the Court is Defendant's Motion to Permit Travel, while on pretrial release, to Montana from July 20, 2013, through July 25, 2013. The Court has reviewed the Motion. The United States has no objection; the U.S. Pretrial Services Officer has no objection. Accordingly,

The Defendant's Motion to Permit Travel while on pretrial release, **ECF No. 1181,** is **GRANTED.**

Defendant is permitted to travel to Montana commencing **7:00 a.m. on July 20, 2013**. Defendant shall return to the Eastern District of Washington no later than **7:00 p.m. on July 25, 2013**. All other terms and conditions of pretrial release shall remain in effect.

Defendant is reminded he may not use alcohol or unlawful controlled substances. He shall timely provide contact information to his supervising Pretrial

ORDER DENYING THE UNITED STATES MOTION FOR DETENTION - 1

1  Services Officer prior to leaving.
2  **IT IS SO ORDERED.**
3  DATED July 12, 2013.

                    S/ CYNTHIA IMBROGNO
                  UNITED STATES MAGISTRATE JUDGE

ORDER DENYING THE UNITED STATES MOTION FOR DETENTION - 2