1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8              EASTERN DISTRICT OF WASHIGNTON
9
10    UNITED STATES OF AMERICA,              No. 2:13-cr-008-WFN-11
11
12                    Plaintiff,             ORDER GRANTING MOTION
13    vs.                                    TO MODIFY CONDITIONS
14    BRANDON LEIGH CHAVEZ,                  OF RELEASE  (ECF No 2033)
15
16                    Defendant.
17
18         BEFORE THE COURT is Defendant'S motion to modify the Order Setting
19
20    Conditions of Release, to permit travel to Western Washington for a medical
21    appointment on May 1, 2014, the Court having reviewed the reasons for the
22    request, and finding good cause to exists, Now Therefore,
23
24         **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED.**
25         The conditions of release shall be modified to permit the Defendant to travel
26
27    to Western Washington on May 1, 2014.  The Defendant may travel on May 1,
28    2014, to Western Washington no sooner than 7:00 a.m., and must return to the
ORDER - 1

Eastern District of Washington on May 1, 2014 no later than 11:59 p.m.  All other

terms and conditions of release remain in effect.

A copy of this Order shall be provided to counsel for Defendant and counsel

for the government.

DATED April 28, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2