UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON LEIGH CHAVEZ,<br><br>Defendant. | No. 2:13-CR-008-WFN-11<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

BEFORE THE COURT is Defendant's Motion to permit travel while on pretrial release to Western Washington, ECF No. 2137. Neither the United States nor the U.S. Probation Officer have an objection, as long as Defendant provides his travel plans and verification of his medical appointments to the U.S. Probation Office prior to travel. For good cause shown,

The Defendant's Motion to permit travel while on pretrial release, **ECF No. 2137,** is **GRANTED**.

The Order Setting Conditions of Release filed March 13, 2013, is modified to permit Defendant's travel to Western Washington to attend medical appointments. Defendant shall provide the United States Probation Office with verification in advance of travel, including providing an itinerary of his departure and return to the Eastern District of Washington. All other terms and conditions of pretrial release shall remain in effect.

DATED May 12, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE - 1