# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br>BRANDON LEIGH CHAVEZ,<br><br>Defendant. | No. 2:13-CR-008-WFN-11<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Motion to Modify the Order Setting Conditions of Release, to permit travel to Western Washington for a family funeral and to receive medical attention.  The United States defers to the Court on the Motion; the United States Probation Office does not object to the travel.  The Court has reviewed the reasons for the request.  For good cause shown,

**IT IS ORDERED** that Defendant's Motion, **ECF No. 2444,** is **GRANTED.**

Defendant is permitted to travel to Western Washington on July 26, 2014, for the purposes outlined in his Motion, to return no later than August 3, 2014. Prior to traveling, Defendant shall notify his U.S. Probation Officer of his contact information while traveling, and provide his written travel itinerary.

All other terms and conditions of his release remain in effect.

DATED July 25, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1

ORDER - 2