# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　-vs-<br><br>BRANDON LEIGH CHAVEZ,<br><br>　　　　　　Defendant. | No.   2:13-CR-0008-WFN-11<br><br>ORDER PERMITTING REMOVAL OF ELECTRONIC MONITORING |

Pending before the Court is Defendant's Motion for Removal of Electronic Monitoring and Request to Permit Travel to Report to Prison. ECF No. 3879. Defendant asks that his electronic monitoring device be removed before he drives to self-report to Herlong, California. The Court has reviewed the file and Defendant's Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion for Removal of Electronic Monitoring and Request to Permit Travel to Report to Prison, filed July 22, 2015, **ECF No. 3879**, is **GRANTED**.

2. Defendant's electronic monitoring device shall be removed on **July 31, 2015**. The Court will defer to Probation Officer Kuipers regarding the need for reporting during travel.

The District Court Executive is directed to file this Order and provide copies to counsel **and to** United States Probation Officer Charles J. Kuipers.

**DATED** this 28th day of July, 2015.

　　　　　　　　　　　　　　　　　s/ Wm. Fremming Nielsen
　　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
07-28-15　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER